License Search Results Detail

| | |
|---|---|
| License Name: | MAIN STREET ACQUISITION CORP |
| DBA Name: | |

| | |
|---|---|
| License Type: | Consumer Collection Agency |
| Status: | Approved |
| Status Effective Date: | 10/19/2011 |
| Original Date of License: | 10/19/2011 |
| License Number: | CCA9902534 |
| License Expiration Date: | 12/31/2011 |

License Main Address:

| | |
|---|---|
| Street: | ADDRESS NOT ON FILE |
| City: | |
| State: | ZZ |
| Zip Code: | |

License Mailing Address:

| | |
|---|---|
| Street: | 3715 DAVINCI COURT SUITE 200 |
| City: | NORCROSS |
| State: | GA |
| Zip Code: | 30092 |

| | |
|---|---|
| Phone Number: | 678-6844114 |

Search for Final Orders